**FILED**

January 22, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CR_____
Deputy

| UNITED STATES OF AMERICA | § | Cause No.: | **DR:25-CR-00207-AM** |
| | § | | |
| | § | **INDICTMENT** | |
| v. | § | | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): | |
| | § | Illegal Re-entry into the United States.] | |
| | § | | |
| ANTHONY JAVIER HERNANDEZ- | § | | |
| ORELLANA, | § | | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about December 29, 2024, in the Western District of Texas, Defendant,

ANTHONY JAVIER HERNANDEZ-ORELLANA,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about September

28, 2023, and that Defendant had not received the consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

███████████████████████

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
MATT I. KASS
Assistant United States Attorney